```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-                                  18-CR-840 (VEC)

JONATHAN SANTIAGO,                    <u>ORDER</u>

                      Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 7, 2020, Mr. Santiago moved for compassionate release pursuant to 18 U.S.C. § 3582(c) (Dkt. 156);

    IT IS HEREBY ORDERED that the Government must respond to Defendant's motion no later than **May 14, 2020**. Defendant may reply no later than **May 18, 2020**. In his reply, the Court encourages Defendant to file additional documentation in support of his claimed medical condition and the hospitalization reported in his PSR submitted as Exhibit D with his motion.

    IT IS FURTHER ORDERED that the Government must produce with its response Defendant's Bureau of Prisons health record and disciplinary record and must state whether, and if so when, Bureau of Prisons intends to move Defendant to his designated facility if the motion is not granted. Defendant's health records should be filed under seal.

**SO ORDERED.**

Date: May 8, 2020                              _____
     New York, NY                              **VALERIE CAPRONI**
                                                **United States District Judge**